

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2022

No. 04-22-00356-CR

Angelica **NAVARRO-DEPAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR13056
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

On July 12, 2022, we ordered appellant to provide written proof to this court on or before July 22, 2022, that either the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or appellant is entitled to appeal without paying the reporter's fee. Appellant timely filed a response stating arrangements have been made to pay the reporter's fee with court reporters Kay Gittinger and Linda Hernandez. However, appellant has requested additional time to make arrangements to pay the reporter's fee with court reporter Mary Beth Sasala. The request is GRANTED.

We, therefore, ORDER appellant to provide written proof to this court on or before **August 5, 2022**, that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2022.



MICHAEL A. CRUZ, Clerk of Court